UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SASHA LAWTON,
Plaintiff,

vs.   Case No. 8:20-cv-02533-210TGW

CITY OF ST. PETERSBURG, DOMINICK FILIPPONI, and BRIAN ORIGLIO,
Defendants
_____/

### PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS COMPLAINT

Plaintiff, **SASHA LAWTON** ("Plaintiff"), by and through the undersigned attorney, moves pursuant to Fed. R. Civ. P. 41(a)(2), to voluntarily dismiss her complaint and states as follows:

1. Plaintiff sought relief for violations by Defendants of the Civil Rights Act and the Florida Civil Rights Act. More specifically, Plaintiff alleges that she was unlawfully arrested by Officers Filipponi and Origlio[D.E. 18].

2. Plaintiff has concluded that she will no longer pursue causes of action against the City of Saint Petersburg and wants to voluntarily dismiss her complaint pursuant to Rule 41(a)(2), Fed. R. Civ. P.

3. Pursuant to local Rule 3.01, Plaintiff's counsel has conferred with Defendants' counsel and the Defendants do not object to the motion.

4. For the reasons identified above, Plaintiff respectfully requests the Court dismiss Plaintiff's Complaint without prejudice.

Respectfully Submitted,

*Janica M. Munford*

Janica M. Munford

BarNo.:0107201
Attorney for Plaintiff
2822 54th Avenue South
St. Pete., Florida 33712
Telephone: (727) 234-8887
Fax: (727) 683-9439
Janica@Munfordlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2021 I electronically filed this document with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to the following Joseph Patner, P.O. Box 2842, Saint Petersburg, Florida 33712. Attorney for Defendants

*Janica M. Munford*

Janica M. Munford
Munford Law Firm
Trial Counsel for Plaintiff
2822 54th Avenue South #206
Saint Petersburg, Florida 33712
Janica@Munfordlaw.com
(727)234-8887